ASAHEL H. WILDES *vs.* JOHN E. MARSHALL.

Suffolk.   March 16, 1875.   AMES & ENDICOTT, JJ., absent.

Under the Gen. Sts. *c.* 114, § 10, and *c.* 115, § 7, all decisions of the Superior Court upon answers in abatement are conclusive, and not subject to revision in this court.

CONTRACT on a promissory note made by the defendant payable to the order of George F. Shepard and by him indorsed to the plaintiff. Writ dated July 31, 1873, and returnable to October term of the Superior Court for the county of Suffolk. The defendant filed an answer in abatement that another suit was pending against him on the same note in the same court, in which Edward B. Wildes was the plaintiff, when the present action was brought. The plaintiff demurred to the answer. *Bacon, J.,* overruled the demurrer and the plaintiff alleged exceptions.

*R. I. Burbank & R. Lund*, for the plaintiff.

*H. L. Hazelton*, for the defendant.

BY THE COURT. Decisions upon answers in abatement, for any cause whatever, are conclusive, and not subject to revision on exceptions or otherwise. Gen. Sts. *c.* 114, § 10; *c.* 115, § 7. *Blackmer* v. *Davis*, 16 Gray, 120. *Richmond* v. *Whittlesey*, 2 Allen, 230. *Jaha* v. *Belleg*, 105 Mass. 208, 211.

*Exceptions overruled.*